```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JUSTIN SATHUE,                          :
                                        :
                  Plaintiff,            :     20cv1968 (DLC)
                                        :
            -v-                         :         ORDER
                                        :
EQUIFAX INFORMATION SERVICES LLC,       :
CITIGROUP INCORPORATED, FIRST DATA      :
CORP., and LEXISNEXIS RISK SOLUTIONS,   :
LLC,                                    :
                                        :
                  Defendants.           :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On March 10, 12, and 13, 2020, defendants Equifax Information Services, First Data Corp., and Citigroup Incorporated each filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **April 10, 2020.** It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by **April 10, 2020.** Defendants' reply, if any, shall be

filed by **April 24**.  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that defendants shall serve on plaintiff copies of the Notice of Removal, their motions to dismiss, and this Order, and file proof of service on the public docket by **March 20, 2020.**

SO ORDERED:

Dated:   New York, New York
         March 17, 2020

```
                              _____
                                     DENISE COTE
                              United States District Judge
```