```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JUSTIN SATHUE,                           :          20cv1968(DLC)
                                         :
                         Plaintiff,      :          ORDER
            -v-                          :
                                         :
EQUIFAX INFORMATION SERVICES LLC,        :
CITIGROUP INCORPORATED, FIRST DATA       :
CORP., and LEXISNEXIS RISK SOLUTIONS,    :
LLC,                                     :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

This action was removed from New York State Court on March 5, 2020. On March 10, 12, and 13, 2020, defendants Equifax Information Services, First Data Corp., and Citigroup Incorporated each filed a motion to dismiss the complaint (collectively, the "March Motions to Dismiss") pursuant to Rule 12(b)(6), Fed. R. Civ. P. An Order of March 17 advised plaintiff that he may file an Amended Complaint or oppose the March Motions to Dismiss by April 10, 2020. On March 20, defendant LexisNexis Risk Solutions, LLC filed a letter representing that plaintiff intended to file an Amended Complaint in accordance with the March 17 Order. An Order of March 24 directed counsel for plaintiff or plaintiff proceeding pro se to file a Notice of Appearance by April 3. On April 3,

plaintiff filed a pro se Notice of Appearance and Consent to Receive Electronic Service. Accordingly, it is hereby

ORDERED that, pursuant to the April 1, 2020 Standing Order issued by Chief Judge McMahon, the plaintiff, so long as he is proceeding pro se and until further order of the Court, may submit any filings by email to [Temporary_Pro_Se_Filing@nysd.uscourts.gov](mailto:Temporary_Pro_Se_Filing@nysd.uscourts.gov). The plaintiff is required to adhere to the following instructions:

- Documents must be in PDF format, no larger than 10 megabytes;
- Documents must be attached to the email;
- Documents must be signed by the plaintiff by either
    a) signing by hand and then scanning the document;
    b) signing electronically using a digital signature; or
    c) by typing: "s/[Plaintiff's Name];"
- The email and attached documents must contain the filer's name, address, and telephone number;
- The subject line of the email must read "PRO SE FILING - 20cv1968."

The plaintiff is advised that this email address is solely for submitting attached PDF documents for filing. Any additional comments, questions, correspondence, or other messages in the email will be disregarded.

IT IS FURTHER ORDERED that so long as plaintiff is proceeding pro se, he should direct questions regarding

electronic filing to the Pro Se Intake Unit, available by phone at (202) 805-0175.

IT IS FURTHER ORDERED that the plaintiff, so long as he is proceeding pro se, may not submit any documents or send any emails directly to this Chambers. The Court will disregard any communications made directly to this Chambers.

IT IS FURTHER ORDERED that if the plaintiff is unable to send documents by email, he may continue to submit documents by regular mail or through the drop box located in the lobby of the U.S. Courthouse at 500 Pearl Street, New York, New York, or the U.S. Courthouse at 300 Quarropas Street, White Plains, New York.

IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of relief, dismissal of the action, or such other action as may be just in the circumstances.

IT IS FURTHER ORDERED that counsel for Equifax Information Services LLC shall serve on the plaintiff a copy of this Order.

Dated: New York, New York
April 6, 2020

_____
DENISE COTE
United States District Judge