```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
 JUSTIN SATHUE,                           :
                                          :
                   Plaintiff,             :       20cv1968 (DLC)
                                          :
             -v-                          :           ORDER
                                          :
 EQUIFAX INFORMATION SERVICES LLC,        :
 CITIGROUP INCORPORATED, FIRST DATA       :
 CORP., and LEXISNEXIS RISK SOLUTIONS,    :
 LLC,                                     :
                                          :
                   Defendants.            :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

On April 22, 2020 defendant LexisNexis Risk Solutions, LLC ("LexisNexis") filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **May 15, 2020**.  It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by **May 15, 2020**.  Defendant's reply, if any, shall be filed by **May 29**.

IT IS FURTHER ORDERED that plaintiff is again advised that, in light of the current global health crisis, parties proceeding pro se are encouraged to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov.  Pro se parties who are unable to use email may submit documents by regular mail or in person at the drop box located at the U.S. Courthouses in Manhattan (500 Pearl Street) and White Plains (300 Quarropas Street).  For more information, including instructions on this new email service for pro se parties, please visit the Court's website at https://www.nysd.uscourts.gov/prose.

IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of relief, dismissal of the action, or such other action as may be just in the circumstances.

IT IS FURTHER ORDERED that LexisNexis shall promptly serve on plaintiff a copy of this Order and its motion to dismiss and file proof of service on the public docket.

SO ORDERED:

Dated:   New York, New York
         April 24, 2020

_____
DENISE COTE
United States District Judge