**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

JUSTIN SATHUE,

                Plaintiff,

     -against-                                20 **CIVIL** 1968 (DLC)

                                                        **JUDGMENT**

EQUIFAX INFORMATION SERVICES LLC,
CITIGROUP INCORPORATED, FIRST
DATA CORP., and LEXISNEXIS RISK
SOLUTIONS, LLC,

                Defendants.

-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 1, 2020, the unopposed April 22 motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York
           June 1, 2020

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                                 **Clerk of Court**
                                        **BY:**
                                                                  **Deputy Clerk**